IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re: ) | |
| ) | |
| Scott Eugene Saucer, ) | Case No. 24-12397 |
| ) | |
| Debtor(s). ) | |

ORDER SETTING CASE FOR FURTHER STATUS CONFERENCE

The parties have represented that they intend to mediate the potential confirmation issues in this case in mid-September. The court therefore sets this case for a further status conference on September 30, 2025, at 8:30 a.m., Courtroom 2 West, 113 St. Joseph Street, Mobile, AL 36602, to discuss a reset confirmation date. The court intends to set a date for confirmation at that point regardless of the status of the mediation.

Dated: August 19, 2025

HENRY A. CALLAWAY
U.S. BANKRUPTCY JUDGE