# Notice Recipients

District/Off: 1128−1     User: admin     Date Created: 8/19/2025
Case: 24−12397     Form ID: pdf1     Total: 41

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | United Bank | |
| cr | Deere & Company | |
| cr | Deere Credit, Inc. | |
| cr | FBN Finance, LLC | |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Christopher Conte | cconte@ch13mob.com |
| aty | Andrew Pete Cicero, III | dcicero@balch.com |
| aty | Christopher Conte | cconte@ch13mob.com |
| aty | Jeffery J. Hartley | jjh@helmsinglaw.com |
| aty | Jeremy L. Retherford | jretherford@balch.com |
| aty | Joseph Ronderos | jronderos@stites.com |
| aty | Joseph D. Steadman, Jr. | jsteadman@joneswalker.com |
| aty | Judson E Crump | judson@judsonecrump.com |
| aty | Mark A. Bogdanowicz | mbogdanowicz@spencerfane.com |
| aty | Richard M. Gaal | rgaal@joneswalker.com |
| aty | Russell S. Terry | rsterry@mobismail.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Scott Eugene Saucer | 1793 Matheny Rd | Frisco City, AL 36445 | | |
| cr | Peoples Exchange Bank | P. O. Box 865 | Monroeville, AL 36461−0865 | | |
| cr | John Deere Financial, f.s.b. | 6400 NW 86th Street | PO BOX 6600 | Johnston, IA 50131 | |
| 3887026 | Agco Finance | Po Box 2000 | Johnston, IA 50131−0020 | | |
| 3887027 | Capital One Bass Pro | PO Box Box 60519 | City of Industry, CA 91716 | | |
| 3887028 | Capital One Business | PO Box Box 60519 | City of Industry, CA 91716 | | |
| 3894855 | Capital One, N.A. | 4515 N Santa Fe Ave | Oklahoma City, OK 73118 | | |
| 3903210 | Deere & Company | PO Box 6600 | Johnston, IA 50131 | | |
| 3887029 | Deere Credit, Inc. | 6400 NW 86th Street | Johnston, IA 50131 | | |
| 3904301 | FBN Finance, LLC | Mark Bogdanowicz − Spencer Fane | 1000 Walnut St., Ste. 1400 | Kansas City, MO 64106 | |
| 3887030 | FBN Finance, LLC | Po Box 64055 | Saint Paul, MN 55164−0055 | | |
| 3903650 | GreenPoint Ag | Attn: Brad Davis | 121 Somerville Road NE | Decatur, AL 35601 | |
| 3887031 | GreenPoint Ag | LOL Finance Co. | 445 Minnesota St 1700 | Saint Paul, MN 55101 | |
| 3887032 | GreenPoint Ag Holdings, LLC | Attn: Joshua Sandelin | 445 Minnesota St Ste 1700 | Saint Paul, MN 55101−3161 | |
| 3887033 | GreenPoint Financial | 411 Theodore Fremd Ave Ste 206s | Rye, NY 10580−1411 | | |
| 3887034 | John Deere Financial | PO Box Box 6600 | Johnston, IA 50131 | | |
| 3887035 | John Deere Financial, FSB | P.O. Box 5328 | Madison, WI 53705 | | |
| 3903209 | John Deere Financial, f.s.b. | PO Box 6600 | Johnston, IA 50131 | | |
| 3890890 | LOL Finance Co. | Jonathan C. Miesen | 4001 Lexington Avenue North | Arden Hills, MN 55126 | |
| 3887036 | Max Credit Union | Po Box 244040 | Montgomery, AL 36124 | | |
| 3905405 | Peoples Exchange Bank | P. O. Box 865 | Monroeville, AL 36461 | | |
| 3887037 | United Bank | Po Box 10 | Frisco City, AL 36445 | | |
| 3904329 | United Bank | Richard M. Gaal | 11 N. Water St., Ste 1200 | Mobile, AL 36602 | |
| 3887038 | United Bank Visa | PO Box Box 4521 | Carol Stream, IL 60197 | | |
| 3887039 | Wesley Saucer | 2050 Rocky Hill Rd | Uriah, AL 36480−4207 | | |
| 3914010 | people's exchange bank | PO Box 865 | Monroeville, AL 36461 | | |

TOTAL: 26